IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MINNIE LEE WEBSTER and
HELENE SISK WEBSTER,

    Plaintiff,

v.

EMORY UNIVERSITY HOSPITAL, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:14-CV-3157-SCJ

### ORDER

This matter is before the Court on the Motion for Voluntary Dismissal Without Prejudice as filed by Plaintiffs on October 27, 2014 and entered on the Court's docket by the Clerk on October 29, 2014 [Doc. No. 9]. Because Plaintiffs' motion had not yet been entered on the Court's docket on October 28, 2014, the Court hereby **VACATES** its Order of that date adopting the Report and Recommendation of the Magistrate Judge and dismissing this civil action [Doc. No. 7] and the Clerk's Judgment thereon [Doc. No. 8]. Plaintiffs' motion is **GRANTED** and this civil action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 29th day of October, 2014.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE